UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
BETH KRAMER,                                              :
                                                          :
                              Plaintiff,                  :
                                                          :
              -v-                                         :          26 Civ. 40 (JPC)
                                                          :
MCKESSON CORPORATION,                                    :          ORDER
                                                          :
                              Defendant.                  :
                                                          :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        Plaintiff Beth Kramer initiated this case by filing a Complaint on January 5, 2026. Dkt. 1. On January 29, 2026, Plaintiff filed an affidavit from a process server who purports to have served Defendant on January 13, 2026. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore February 3, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has now passed. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until February 23, 2026.

        No later than February 16, 2026, Plaintiff must serve copies of this Order on Defendant by personally delivering it to, and leaving it with someone of suitable age and discretion at, the address where Plaintiff served Defendant with copies of the Summons and Complaint. Within two days of such service, Plaintiff must file proof of service upon the docket. Plaintiff's proof of service must provide information indicating why it is reasonable to believe that the person that the Order is left with is qualified to accept service on behalf of Defendant. *See Fashion Page, Ltd. v. Zurich Ins. Co.*, 406 N.E.2d 747, 751 (N.Y. 1980) ("Delivering the summons to a building receptionist, not employed by the defendant, without any inquiry as to whether she is a company employee, would not be sufficient.").

SO ORDERED.

Dated: February 9, 2026
       New York, New York

_____
JOHN P. CRONAN
United States District Judge

2