UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
BETH KRAMER,                                                        :
                                                                    :
                    Plaintiff,                                      :
                                                                    :
            -v-                                                     :            26 Civ. 40 (JPC)
                                                                    :
MCKESSON CORPORATION,                                              :            ORDER
                                                                    :
                    Defendant.                                      :
                                                                    :
--------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 27, 2026, Plaintiff filed an affidavit purporting to have served Defendant by delivering a copy of the Summons and Complaint to "Minard Carkner," who, according to the affidavit, is authorized to accept service for Corporation Service Company, which itself is the "registered agent" of Defendant. Dkt. 11. By April 3, 2026, Plaintiff must file a letter explaining the basis for her conclusion that Corporation Service Company is the "registered agent" of Defendant. By the same date, Plaintiff also must serve a copy of this Order on Defendant by delivering it to, and leaving it with a person of suitable age and discretion at, 6555 State Highway 161, Irving, Texas 75039, which Plaintiff's Complaint identifies as Defendant's principal place of business. *See* Dkt. 1 ¶ 8. The Court further extends *sua sponte* Defendant's deadline to respond to the Complaint until April 24, 2026.

        SO ORDERED.

Dated:  March 23, 2026                          _____
        New York, New York                           JOHN P. CRONAN
                                                 United States District Judge